**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1290**

———————

LAURA IBANEZ,

                                    Plaintiff - Appellant,

        versus

VERIZON VIRGINIA, INCORPORATED,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, Chief
District Judge.  (CA-02-1103-A)

———————

Submitted:  October 29, 2003        Decided:  December 3, 2003

———————

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Laura Ibanez, Appellant Pro Se.  Lori Jean Searcy, HOGAN & HARTSON,
L.L.P., Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Laura Ibanez appeals the district court's order granting summary judgment for Verizon Virginia, Incorporated, in Ibanez's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Ibanez v. Verizon Virginia, Inc.</u>, No. CA-02-1103-A (E.D. Va. filed Feb. 25, 2003 & entered Feb. 26, 2003). Although we grant Ibanez's motion to file a pro se appendix, we deny her motions to file a formal brief and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>